UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RENE GAINES (#108989)                           CIVIL ACTION

VERSUS

GENE BORDELON, MAJOR, ET AL.                    NO. 07-0901-FJP-CN

consolidated with:

RENE GAINES (#108989)                           CIVIL ACTION

VERSUS

GENE BORDELON, MAJOR, ET AL.                    NO. 08-0203-FJP-CN

O P I N I O N

The Court independently reviewed the entire record in this case and for reasons essentially set forth in the Magistrate Judge's Report[1] to which an objection was filed, the motions to Dismiss[2] filed by the defendants is granted.

Judgment shall be entered dismissing this suit against all defendants, with prejudice.

Baton Rouge, Louisiana, ~~January~~ Feb 12, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] The report and recommendation failed to include Warden Donald Barr and Lt. Col Tyson Bonnette in the final recommendation. This opinion also dismisses plaintiff's suit against these two defendants with prejudice.

[2] Rec. Doc. Nos. 21 and 27.

Doc#45757